**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NATHANIEL FITZGERALD                                                                              PLAINTIFF

V.                                          3:10CV00078 SWW/JTR

TERESSA BONNER, Chief Jailer,
Crittenden County Detention Center, et al.                                          DEFENDANTS

**ORDER**

On April 16, 2010, the Court entered an Order giving Plaintiff thirty days to file: (1) an Application to Proceed *In Forma Pauperis,* along with a prison trust fund calculation sheet; and (2) a Substituted Complaint. *See* docket entry #3. That Order was mailed to Plaintiff as the Crittenden County Detention Center. *Id.* On April 19, 2010, Plaintiff sent the Court a Notice stating that he has been transferred to the Diagnostic Unit of the Arkansas Department of Correction. *See* docket entry #5.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff, at his new address: (a) an Application to Proceed *In Forma Pauperis,* along with a prison calculation sheet; and (b) a copy of the Court's April 16, 2010 Order (docket entry #3).

2. Plaintiff has until **May 20, 2010** to comply with April 16, 2010 Order.

3. Plaintiff is reminded that the failure to timely and properly do so will result in the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 21st day of April, 2010.

                                                            _____
                                                           UNITED STATES MAGISTRATE JUDGE