**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NATHANIEL FITZGERALD
ADC #84210                                                                                                       PLAINTIFF

V.                                        3:10CV00078 SWW/JTR

TERESSA BONNER, Chief Jailer,
Crittenden County Detention Center, et al.                                                      DEFENDANTS

**ORDER**

Defendants have filed their Answer providing their full and correct names. *See* docket entry #21. The Clerk will be directed to amend the docket sheet accordingly. Additionally, the Court will give the parties 90 days to *complete* discovery and 120 days to file any dispositive motions.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to amend the docket sheet to reflect that Defendant Teressa Bonner is "Teresa Bonner," Defendant Busby is "Richard Busby," and Defendant Dr. Shroder is "Dr. Shrader."

2. The parties shall complete discovery **on or before September 29, 2010**, and file any dispositive motions **on or before October 29, 2010.**

Dated this 9th day of July, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] This means that the parties must send their final discovery requests to the opposing side so that they have the full amount of time, as provided by the Federal Rules of Civil Procedure, to respond before the discovery deadline expires. For instance, Fed. R. Civ. P. 33(b)(2) states that a party has 30 days to respond to interrogatories. Thus, the parties must send their final interrogatories to the opposing side *at least* 30 days before the expiration of the discovery deadline