**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

NATHANIEL FITZGERALD
ADC #84210                                                                                                                            PLAINTIFF

V.                                 3:10CV00078 SWW/JTR

TERESSA BONNER, Chief Jailer,
Crittenden County Detention Center, et al.                                  DEFENDANTS

## **ORDER**

By Order entered May 20, 2011 [doc.#59], the Court adopted in full Proposed Findings and Recommended Disposition [doc.#57] submitted by United States Magistrate Judge J. Thomas Ray and dismissed this action with prejudice. Judgment was entered that same day [doc.#60].

Plaintiff has filed belated objections [doc.#62] to the Proposed Findings and Recommended Disposition. Construing those objections as a request for this Court to reconsider its dismissal of this action, the Court has considered plaintiff's objections and finds no basis for reconsidering its adoption in full of the Magistrate Judge's Proposed Findings and Recommended Disposition.

IT IS SO ORDERED this 31st day of May 2011.

                                                          /s/Susan Webber Wright

                                                          UNITED STATES DISTRICT JUDGE